UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ACE PAVING CO., INC.,<br><br>Defendant. | Case No. C11-1257RSL<br><br>FINAL JUDGMENT ORDER |

This matter comes before the Court *sua sponte*. On April 18, 2012, the Court granted Plaintiffs' unopposed motion for summary judgment (Dkt. # 4) but directed them to supplement the record with evidence of their interest, fees, and costs. Having reviewed the supplemental memorandum and exhibits subsequently filed (Dkt. # 13), and relying on its previous ruling (Dkt. # 12), the Court finds that Plaintiffs have provided sufficient evidence to support an award in the following amounts:

| | |
|---|---|
| Delinquent contributions | $310,893.17 |
| Dues | $ 21,163.32 |
| Liquidated damages | $ 37,307.18 |
| Pre-judgment interest | $ 21,665.40 |
| Attorney's Fees | $  1,138.50 |
| Costs | $    487.40 |

The Court notes that while an award of fees is mandatory when a trustee prevails in an action to enforce and collect benefit fund contributions, 29 U.S.C. § 1132(g)(2),

FINAL JUDGMENT ORDER - 1

the Court must still review the reasonableness of the requested amount and "exclude from the lodestar amount hours that are not reasonably expended because they are 'excessive, redundant, or otherwise unnecessary.'" <u>Van Gerwen v. Guarantee Mut. Life Co.</u>, 214 F.3d 1041, 1045 (9th Cir. 2000) (quoting <u>Hensley v. Eckerhart</u>, 461 U.S. 424, 434 (1983)). Reviewing both the rates and the hours claimed in this matter (Dkt. # 13 at 6), the Court finds each to be reasonable based upon its knowledge of the local legal market and its experience in similar cases. <u>See</u> <u>id.</u>

\* \* \*

For all of the foregoing reasons, the Court directs the Clerk of Court to enter judgment against Defendant in Plaintiffs' favor in a net amount of $392,654.97. Interest will continue to accrue at the designated rate until the judgment is satisfied.

DATED this 24th day of April, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

FINAL JUDGMENT ORDER - 2